## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-423 |
| ) | |
| ANDREW BALTA, M.D., GRANT ) | |
| LATIMORE, M.D., RICHARD WHITE, ) | |
| M.D., THOMAS BANDY, M.D., ) | |
| STEPHANIE WOOD, EDWARD ) | |
| SWIERCZEWSKI, JOAN DELIE, DIANE ) | |
| MANSON, and KAREN DANNER, R.N., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion for Substitution of Party and Defendant Dr. Balta's Motion to Dismiss, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion is GRANTED and, accordingly, Defendant Dr. Balta's Motion is DENIED.  Counsel for Defendant Dr. Balta is ordered to identify for the Court the legal representative of Dr. Balta's estate in order for this case to proceed accordingly.

_____
Amy Reynolds Hay
U.S. Magistrate Judge

PI-1457153 v1