## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND BRADLEY | : | |
| | : | |
| vs | : | Civil Action No. 02-423 |
| | : | |
| DR. BALTA, CO BERRY, TIMOTHY COLLINS, THOMAS DANDY, KAREN DANNER, DAN DEFLORIA, JOAN DELIE, R.N., JOHN DOE, CO JOHNSON PHILLIP JOHNSON, GRANT LATIMORE DIANE MANSON, CO RAY, CO RUSSELL, WILLIAM STICKMAN , EDWARD SWIERCZEWSKI, RICHARD WHITE AND STEPHANIE WOOD | : : : : : : : | Judge Terrence F. McVerry/ Magistrate Judge Amy Reynolds Hay |

## **O R D E R**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant, Andrew Balta, D.M.D.'s Motion to Dismiss by Reason of Death, and any responses thereto, it is hereby ORDERED and DECREED that Defendant, Andrew Balta, D.M.D.'s Motion to Dismiss is DENIED. Counsel for Defendant, Andrew Balta, D.M.D. is hereby ORDERED to identify the legal representative of the Estate of Andrew Balta, D.M.D.

 

 

_____
Amy Reynolds Hay
United States Magistrate Judge