UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 02-423 |
| Dr. BALTA, PHILIP L. JOHNSON, | ) |
| WILLIAM S. STICKMAN, JOAN DELIE, | ) |
| C/O BERRY, TIMOTHY COLINS, | ) |
| THOMAS BANDY, KAREN DANNER, | ) Judge McVerry/Magistrate |
| C/O JOHNSON, GRANT LATIMORE, | ) |
| DIANE MANSON, C/O RAY, | ) Judge Hay |
| RUSSELL, EDWARD SWIERZCEWSKI, | ) |
| RICHARD WHITE AND STEPHANIE WOOD, | ) |
| | ) |
| Defendants. | ) |

## AMENDED SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25 (a)(1)

The undersigned counsel suggests upon the record, pursuant to Fed.R.Civ.P. 25 (a)(1), the death of Dr. Andrew S. Balta, one of the Defendants herein, on August 14, 2005, during the pendency of this action. The name and address of the personal representative of Dr. Balta's Estate is:

Jo Ann D. Balta, Executrix
51 Fitzwilliams Road
Washington, PA 15301

Murphy Taylor, L.L.C.

By: *S/ Donald G. Lucidi,*
Donald G. Lucidi, Esquire
Pa.Id.No. 51295

326 Third Avenue
Pittsburgh, PA 15222
(412) 255-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the within **AMENDED SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25 (a)(1)** has been served upon the following by First Class United States Mail, postage pre-paid or hand delivery on the 17th day of November, 2005:

Thomas C. Ryan, Esquire
Kirkpatrick, Lockhart, Nicholson & Graham, L.L.P.
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Kemal Alexander Mericli, Esquire
Office of the Attorney General
Civil Litigation Section
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Charles T. Roessing, Esquire
A. Tracey Campbell, Esquire
Colleen A. Galbraith, Esquire
White & Williams, L.L.P.
One Westlakes
1235 Westlakes Drive, Suite 310
Berwyn, PA 19312-2416

MURPHY TAYLOR, L.L.C.

*S/ Donald G. Lucidi,*
Donald G. Lucidi, Esquire