IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOD BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 02-423 |
| ) | Judge Terrence F. McVerry/ |
| DR. BALTA, PHILIP L. JOHNSON, ) | Magistrate Judge Amy Reynolds Hay |
| WILLIAM S. STICKMAN, JOAN ) | |
| DELIE, C/O BERRY, TIMOTHY ) | |
| COLINS, THOMAS BANDY, KAREN ) | |
| DANNER, C/O JOHNSON, GRANT ) | |
| LATIMORE, DIANE MANSON, C/O ) | |
| RAY, C/O RUSSELL, EDWARD ) | |
| SWIERZCEWSKI, RICHARD WHITE ) | |
| and STEPHANIE WOOD, ) | |
| ) | |
| Defendants. ) | Re: Doc. #151 |

**ORDER OF COURT**

AND NOW, this 14<u>th</u> day of <u>December</u>, 2005, after the plaintiff, Raymond Bradley, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendant, Andrew Balta, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Defendant Andrew Balta's Motion to Dismiss is DENIED.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Alexander W. Saksen, Esquire
Email: saksenaw@bipc.com

Jerry S. McDevitt, Esquire
Email: jmcdevitt@klng.com
Brian S. Rudick, Esquire
Anthony F. Spalvierie, Esquire
Thomas C. Ryan, Esquire
Email: klngeservice@klng.com

Arthur J. Murphy, Jr., Esquire
Donald G. Lucidi, Esquire
Email: murphy.taylor@prodigy.net

Charles T. Roessing, Esquire
Colleen A. Galbraith, Esquire
A. Tracey Campbell, Esquire
Email: campbellt@whiteandwilliams.com

Kemal Alexander Mericli, Esquire
Email: kmericli@attorneygeneral.gov